IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02454-LTB

ALFREDO RAEL MARTINEZ, DOC #151294,

Plaintiff,

v.

PUEBLO COUNTY SHERIFFS DEPT.,
DEPUTY BRUHMAN, and
DEPUTY McGHEE,

Defendants.

---

JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on November 28, 2018, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 28 day of November, 2018.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk

By: s/A. Thomas
Deputy Clerk